IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 15 |
| | ) | |
| **ALNO AG,**[1] | ) | Case No. 18-12651 |
| | ) | |
| **Debtor in a Foreign Proceeding.** | ) | |
| | ) | |

**VERIFIED PETITION OF FOREIGN REPRESENTATIVE FOR
RECOGNITION OF A FOREIGN MAIN PROCEEDING**

I, Tobias Wahl, under the laws of the United States, hereby declare under penalty of perjury as follows:

I am the court-appointed special insolvency administrator and duly authorized foreign representative ("Foreign Representative") for Alno AG ("Debtor") in the United States.

On July 12, 2017, the Debtor commenced an insolvency proceeding (the "German Proceeding") by filing a petition to open insolvency over the assets of the Debtor under the German Insolvency Code, *Insolvenzordnung* (the "German Insolvency Code") pending before the lower court of 72379 Hechingen, Baden-Wuerttemberg, File-No 10 IN 93/17 (the "German Court"). By order of July 13, 2017, the German Court started a provisional insolvency proceeding over the assets of the Debtor. The Debtor managed the insolvency proceedings under § 270 of the German Insolvency Code and appointed a partner of the Foreign Representative, Prof. Dr. Martin Hörmann (the "German Insolvency Administrator"), as provisional custodian. Under German law the role of a custodian in provisional insolvency proceeding is to supervise the debtor in possession. On August 29, 2017, the German Court converted the case and the German Insolvency Administrator was appointed as provisional insolvency administrator. With

---

[1] The Debtor does not have an Employer Identification Number. The Debtor's Commercial Register Ulm Number is HRB 727041. The Debtor's headquarters are located at 47 Heiligenberger Strasse, 88630 Pfullendorf Baden-Wuerttemberg, Germany.

the same order the German Court transferred the right to dispose of the Debtor's assets to the German Insolvency Administrator. With the same order the German Court transferred the right to dispose of the Debtor's assets to the German Insolvency Administrator. The Debtor was no longer allowed to administer its own case. On October 1, 2017, the German Court opened an insolvency proceeding over the assets of the Debtor and appointed Dr. Hörmann as the German Insolvency Administrator. A true and correct certified translation of the order (the "Commencement Order") of the German Court opening the German Proceeding and appointing Dr. Hörmann as the German Insolvency Administrator of the Debtor in the German Proceeding is attached as **Exhibit A**.

On October 18, 2018, the German Court appointed me as the Special Insolvency Administrator for the specific purpose of handling assets and claims located in the United States, including filing for Chapter 15 registration under the Bankruptcy Code (the "Appointment Order"). A true and correct certified translation of the Appointment Order in the German Proceeding is attached hereto as **Exhibit B**. As reflected therein, the German Court ruled on my appointment on October 18, 2018. The copy of the Appointment Order attached as Exhibit B is stamped "received" on October 23, 2018.

The powers the German Court has conferred upon me, in my capacity as the Special Insolvency Administrator, pursuant to the Appointment Order include the following: (1) determination, administration and realization of any assets of the Debtor in the United States; and (2) specifically, I, as the Special Insolvency Administrator, am authorized to file for and to conduct on account of the insolvency estate for the Debtor a secondary insolvency proceeding in the United States under Chapter 15 of the Bankruptcy Code. Appointment Order, p. 1. Further, I am entitled to perform any actions, to take all measures and to issue all declarations which the

German Insolvency Administrator would have been entitled to, had he initiated these proceedings. *Id.*

In my capacity as Foreign Representative, I have filed this Chapter 15 petition ("Verified Petition") with the documentation required by sections 1504 and 1515 of the Bankruptcy Code seeking the entry of an order recognizing the German Proceeding as a "foreign main proceeding," and granting relief under Sections 1520 and 1521 of the Bankruptcy Code.

In the German Proceeding, the German Insolvency Administrator and the Foreign Representative have sold substantially all the operating assets of the Debtor similar to the procedure under section 363 of the Bankruptcy Code, and now seeks to identify and marshal the Debtor/s remaining assets, including those in the United States.  As such, the Foreign Representative may seek one or more additional orders from this Court recognizing and giving effect in the United States to future orders of the German Court.

A Corporate Ownership Statement for the Debtor pursuant to Rules 1007(a)(4)(A) and 7007.1 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") is attached hereto as **Exhibit C**.

A list of the information required for the Debtor pursuant to Bankruptcy Rule 1007(a)(4)(B) is attached hereto as **Exhibit D**.

The Foreign Representative's statement for the Debtor pursuant to Section 1515(c) of the Bankruptcy Code is attached hereto as **Exhibit E**.

Based on the foregoing, I have full authority to sign and verify the Chapter 15 petition, including each of the exhibits thereto, and I am informed and believe that the facts contained in this Verified Petition and exhibits are true and accurate to the best of my knowledge, information and belief.

Executed this 20th day of November, 2018

_____
Tobias Wahl
Special Insolvency Administrator
c/o anchor Rechtsanwälte
L9,11
68161 Mannheim
Germany