-5-

**Exhibit A**

**<u>CERTIFIED COPY OF COMMENCEMENT ORDER</u>**

Certified translation from the German language

Copy

| | |
|---|---|
| File reference:<br>10 IN 93/17 | Stamp:<br>Received<br>Oct 04, 2017<br>anchor<br>Rechtsanwälte<br>JJ |



# Hechingen District Court

INSOLVENCY COURT

# Ruling

In the insolvency proceedings on the assets of

ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, represented by the directors Christian Brenner, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, and Andreas Sandmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, register court: Ulm district court, register court register no.: HRB 727041
- Debtor -

Counsel:
Rechtsanwälte BRL Boege Rohde Luebbehuesen, Jungfernstieg 30, 20354 Hamburg, ref.: 170712

Hechingen district court, sitting on 10/1/2017, has ruled as follows:

1. The insolvency proceedings on the assets of the debtor for illiquidity and overindebtedness, petition for which was received by the court on 7/12/2017, are opened at 09.00 hours on 10/1/2017.

2. The appointed insolvency administrator is:

    **Rechtsanwalt Prof. Dr. Martin Hörmann**
    **Kronprinzstraße 16, 70173 Stuttgart**
    **Phone: 0711 2842660**
    **Fax: 0711 28426629**

3. The insolvency creditors are required to file their insolvency claims (section 38 InsO) with the insolvency administrator in writing by **12/20/2017**.

    The ground and the amount of the claim must be indicated when filing.

The schedule with the claims and the filing documents will be lodged for inspection by the participants in the registry of the insolvency court by not later than **1/24/2018**.

4. The report meeting and date of the meeting for the adoption of resolutions by the creditors' meeting on the possible election of a new insolvency administrator, the maintenance of the creditors' committee and the matters set out in sections 66 (rendering of accounts by the insolvency administrator), 157 (closure or continuation of the enterprise), 160 (consent tor transactions of particular importance by the insolvency administrator), 162 (sale of the enterprise to persons with specific interests), 163 (sale of the enterprise below value), and 233 (consent to suspension of disposition and distribution in the case of an insolvency plan) of the German Insolvency Code (InsO) is fixed for

| Weekday and date | Time | Room/floor/building |
|---|---|---|
| Tuesday, 1/9/2018 | 11.00 hours | Stadthalle/Museum Hechingen, Zollernstr. 2, 72379 Hechingen |

Note:
Consent to the performance of transactions of particular importance within the meaning of section 160 InsO is deemed given if the convened creditors' meeting is not quorate.

5. The filed claims will be verified in written proceedings pursuant to section 5 (2) InsO.

The verification cut-off date, which corresponds to the verification meeting (section 176 InsO), is 2/28/2018. The written objection by which a participant contests a claim must be received by the court by not later than the previous day. The objection must state whether the merits, the amount or the rank of the claim is being contested.

The schedule with the claims and the filing documents will be lodged for inspection by the participants in the registry of the insolvency court by not later than **1/24/2018**.

The claims will be verified after the period for registering objections has passed.

Note:
Creditors whose claims are established will not be notified separately.

6. The insolvency administrator must be notified without undue delay of security interests in personal property or in rights (section 28 (2) InsO).
Details are to be provided of the object of the claimed security interest, the nature and causal origin of the security interest, as well as the secured claim. Any person who by fault omits to provide this information, or provides it late, will be liable for the consequent damage (section 28 (2) InsO).

7. Those persons having obligations to the debtor are required no longer to fulfill these obligations to the debtor, but to the insolvency administrator (section 28 (3) InsO).

8. A creditors' committee is established until the first creditors' meeting. It consists of the following members:

Pensions-Sicherungs-Verein a.G.
Bahnstr. 6, 50996 Cologne, represented by Mr. Tobias Daniels

Mr. Markus Kienle, attorney,
Franklinstr. 56, 60486 Frankfurt

Coface SA Germany branch
Isaac-Fuldaallee 1, 55124 Mainz, represented by Mr. Bernd Reich

ONE SQUARE ADVISORY SERVICES GmbH
Theatinerstr. 36, 80333 Munich, represented by Mr. Frank Günther

Ms. Waltraud Klaiber (as chairperson of the works council),
Heiligenberger Str. 47, 88630 Pfullendorf

Bundesagentur für Arbeit, [Federal Employment Agency],
Neckarstr. 100, 78628 Rottweil, represented by Ms. Eva Walter

Euler Hermes Germany branch of Euler Hermes SA,
Friedensallee 254, 22763 Hamburg, represented by Mr. Thomas Harbrecht

9. The insolvency administrator is instructed pursuant to section 8 (3) InsO to serve the documents to be served in the proceedings, beginning with service of the order opening the proceedings pursuant to section 30 InsO.
Service to the debtor of the order opening the proceedings is excepted; this will be done by the insolvency court.

The publications remain the responsibility of the insolvency court.

**10. Note:**

Data from insolvency proceedings including opening proceedings that are published in an electronic information and communication system will be deleted not later than 6 months after the insolvency proceedings have been terminated or have been finally stayed (section 3 (1) sentence 1 InsOBekV).

Other data published under the Insolvency Code will be deleted one month after the date of first publication.

# Grounds:

The application was received by Hechingen insolvency court on 7/12/2017.

The debtor has its general venue within the jurisdiction of Hechingen insolvency court (section 3 (1) sentence 1 InsO).

The court has established that the debtor is illiquid and overindebted.

**Advice on available legal remedies:**

The decision may be contested by way of immediate appeal (hereinafter "appeal").

The appeal must be lodged with

**Amtsgericht Hechingen**
**Heiligkreuzstraße 9**
**72379 Hechingen**

within a statutory period of **two weeks**.

The time limit begins to run when the decision is announced or, if it is not announced, with its service or with its effective publication on the internet (www.insolvenz-bekanntmachungen.de) pursuant to section 9 InsO. Publication suffices as evidence of service to all parties, even if the Insolvency Code prescribes individual service as well (section 9 (3) InsO). It is deemed to have been effected when two additional days following the day of publication have expired (section 9 (1) sentence 3 InsO). The start of the time limit is governed by the first event to occur (announcement, service or effective publication).

The appeal must be lodged in writing or by declaration for the records of the registry of the above court. It may also be declared for the records of the registry of any district court, but the time limit will only be deemed met if the records reach the above court within the time allowed. There is no requirement for the assistance of an attorney.

The appeal must be signed by the appellant or their agent.

The appeal itself must state the decision that is being contested and contain the declaration that an appeal is being lodged against this decision.

Wührl
District court judge

This is to certify the correctness of the above translation from the German language.

Wiesenbach, this 30.10.2018

Inge Peterschik-Heck
Sworn translator

Abschrift

Aktenzeichen:
10 IN 93/17



## Amtsgericht Hechingen
INSOLVENZGERICHT

# Beschluss

In dem Insolvenzverfahren über das Vermögen d.

ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, vertreten durch die Vorstände Christian Brenner, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf und Andreas Sandmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf
Registergericht: Amtsgericht Ulm Registergericht Register-Nr.: HRB 727041
- Schuldnerin -

Verfahrensbevollmächtigte:
Rechtsanwälte BRL Boege Rohde Luebbehuesen, Jungfernstieg 30, 20354 Hamburg, Gz.: 170712

hat das Amtsgericht Hechingen am 01.10.2017 beschlossen:

1. Das am 12.07.2017 bei Gericht eingegangene Insolvenzverfahren über das Vermögen der Schuldnerin wird wegen Zahlungsunfähigkeit und Überschuldung am 01.10.2017 um 09.00 Uhr eröffnet.

2. Zum Insolvenzverwalter wird bestellt:

**Rechtsanwalt Prof. Dr. Martin Hörmann**
**Kronprinzstraße 16, 70173 Stuttgart**
**Telefon: 0711 2842660**
**Telefax: 0711 28426629**

3. Die Insolvenzgläubiger werden aufgefordert, Insolvenzforderungen (§ 38 InsO) bis zum **20.12.2017** bei dem Insolvenzverwalter schriftlich anzumelden.

Bei der Anmeldung sind Grund und Betrag der Forderung anzugeben.

Die Tabelle mit den Forderungen und die Anmeldeunterlagen werden spätestens am **24.01.2018** zur Einsicht der Beteiligten auf der Geschäftsstelle des Insolvenzgerichts niedergelegt.

4. Berichtstermin sowie Termin zur Beschlussfassung der Gläubigerversammlung über die eventuelle Wahl eines anderen Insolvenzverwalters, über die Beibehaltung eines Gläubigerausschusses sowie über die in den §§ 66 (Rechnungslegung Insolvenzverwalter), 157 (Stilllegung bzw. Fortführung des Unternehmens), 160 (Zustimmung zu besonders bedeutsamen Rechtshandlungen des Insolvenzverwalters), 162 (Betriebsveräußerung an besonders Interessierte), 163 (Betriebsveräußerung unter Wert) und 233 (Zustimmung Fortsetzung Verwertung und Verteilung bei Insolvenzplan) InsO bezeichneten Angelegenheiten wird anberaumt auf

| Wochentag und Datum | Uhrzeit | Zimmer/Etage/Gebäude |
|---|---|---|
| Dienstag, 09.01.2018 | 11:00 Uhr | Stadthalle/Museum Hechingen, Zollernstr. 2, 72379 Hechingen |

Hinweise:
Die Zustimmung zur Vornahme besonders bedeutsamer Rechtshandlungen im Sinne des § 160 InsO gilt als erteilt, wenn die einberufene Gläubigerversammlung beschlussunfähig ist.

5. Die Prüfung der angemeldeten Forderungen erfolgt gem. § 5 Abs. 2 InsO im schriftlichen Verfahren.

Prüfungsstichtag, der dem Prüfungstermin entspricht (§ 176 InsO), ist der **28.02.2018**. Spätestens am Vortag muss der schriftliche Widerspruch, mit dem ein Beteiligter eine Forderung bestreitet, bei Gericht eingehen. Im Widerspruch ist anzugeben, ob die Forderung nach ihrem Grund, ihrem Betrag oder ihrem Rang bestritten wird.

Die Tabelle mit den Forderungen und die Anmeldeunterlagen werden spätestens am **24.01.2018** zur Einsicht der Beteiligten auf der Geschäftsstelle des Insolvenzgerichts niedergelegt.

Nach Ablauf der Widerspruchsfrist werden die Forderungen geprüft.

Hinweise:
Gläubiger, deren Forderungen festgestellt werden, erhalten keine Benachrichtigung.

6. Sicherungsrechte an beweglichen Gegenständen oder an Rechten sind dem Insolvenzverwalter unverzüglich anzuzeigen (§ 28 Abs. 2 InsO).

   Der Gegenstand an dem das Sicherungsrecht beansprucht wird, die Art und der Entstehungsgrund des Sicherungsrechts sowie die gesicherte Forderung sind zu bezeichnen. Wer die Mitteilung schuldhaft unterlässt oder verzögert, haftet für den daraus entstehenden Schaden (§ 28 Abs. 2 InsO).

7. Personen, die Verpflichtungen gegenüber der Schuldnerin haben, werden aufgefordert, nicht mehr an diese, sondern an den Insolvenzverwalter zu leisten (§ 28 Abs. 3 InsO).

8. Ein Gläubigerausschuss wird bis zur ersten Gläubigerversammlung eingesetzt. Dieser besteht aus den Mitgliedern

   Pensions-Sicherungs-Verein a.G.
   Bahnstr. 6, 50996 Köln, vertreten durch Herr Tobias Daniels

   Herr Rechtsanwalt Markus Kienle
   Franklinstr. 56, 60486 Frankfurt

   Coface SA Niederlassung Deutschland
   Isaac-Fuldaallee 1, 55124 Mainz, vertreten durch Herr Bernd Reich

   ONE SQUARE ADVISORY SERVICES GmbH
   Theatinerstr. 36, 80333 München, vertreten durch Herr Frank Günther

   Frau Waltraud Klaiber (als Betriebsratsvorsitzende)
   Heiligenberger Str. 47, 88630 Pfullendorf

   Bundesagentur für Arbeit, Körperschaft d. öffentlichen Rechts
   Neckarstr. 100, 78628 Rottweil, vertreten durch Frau Eva Walter

   Euler Hermes Deutschland Niederlassung der Euler Hermes SA
   Friedensallee 254, 22763 Hamburg, vertreten durch Herr Thomas Harbrecht

9. Der Insolvenzverwalter wird gem. § 8 Abs. 3 InsO beauftragt, die in dem Verfahren vorzunehmenden Zustellungen, beginnend mit der Zustellung des Eröffnungsbeschlusses nach § 30 InsO, durchzuführen.

   Ausgenommen ist die Zustellung des Eröffnungsbeschlusses an die Schuldnerin; diese erfolgt durch das Insolvenzgericht.

   Die öffentlichen Bekanntmachungen obliegen weiterhin dem Insolvenzgericht.

10. **Hinweis:**

Die in einem elektronischen Informations- und Kommunikationssystem erfolgte Veröffentlichung von Daten aus einem Insolvenzverfahren einschließlich des Eröffnungsverfahrens wird spätestens 6 Monate nach der Aufhebung oder der Rechtskraft der Einstellung des Insolvenzverfahrens gelöscht, § 3 Abs. 1 Satz 1 InsOBekV.

Sonstige Veröffentlichungen nach der Insolvenzordnung werden einen Monat nach dem ersten Tag der Veröffentlichung gelöscht.

# Gründe:

Der Antrag ist am 12.07.2017 beim Insolvenzgericht Hechingen eingegangen.

Die Schuldnerin hat im Zuständigkeitsbereich des Insolvenzgerichts Hechingen ihren allgemeinen Gerichtsstand (§ 3 Abs. 1 Satz 1 InsO).

Nach den Feststellungen des Gerichts sind Zahlungsunfähigkeit und Überschuldung gegeben.

### Rechtsbehelfsbelehrung:

Gegen die Entscheidung kann die sofortige Beschwerde (im Folgenden: Beschwerde) eingelegt werden.

Die Beschwerde ist binnen einer Notfrist von **zwei Wochen** bei dem

**Amtsgericht Hechingen**
**Heiligkreuzstraße 9**
**72379 Hechingen**

einzulegen.

Die Frist beginnt mit der Verkündung der Entscheidung oder, wenn diese nicht verkündet wird, mit deren Zustellung bzw. mit der wirksamen öffentlichen Bekanntmachung gemäß § 9 InsO im Internet (www.insolvenzbekanntmachungen.de). Die öffentliche Bekanntmachung genügt zum Nachweis der Zustellung an alle Beteiligten, auch wenn die InsO neben ihr eine besondere Zustellung vorschreibt, § 9 Abs. 3 InsO. Sie gilt als bewirkt, sobald nach dem Tag der Veröffentlichung zwei weitere Tage verstrichen sind, § 9 Abs. 1 Satz 3 InsO. Für den Fristbeginn ist das zuerst eingetretene Ereignis (Verkündung, Zustellung oder wirksame öffentliche Bekanntmachung) maßgeblich.

Die Beschwerde ist schriftlich einzulegen oder durch Erklärung zu Protokoll der Geschäftsstelle des genannten Gerichts. Sie kann auch vor der Geschäftsstelle jedes Amtsgerichts zu Protokoll erklärt werden; die Frist ist jedoch nur gewahrt, wenn das Protokoll rechtzeitig bei dem oben genannten Gerichte eingeht. Eine anwaltliche Mitwirkung ist nicht vorgeschrieben.

Die Beschwerde ist von dem Beschwerdeführer oder seinem Bevollmächtigten zu unterzeichnen.

Die Beschwerdeschrift muss die Bezeichnung der angefochtenen Entscheidung sowie die Erklärung enthalten, dass Beschwerde gegen diese Entscheidung eingelegt werde.

Wührl
Richter am Amtsgericht