-6-

**Exhibit B**

**<u>CERTIFIED COPY OF APPOINTMENT ORDER</u>**

Copy

File reference:
10 IN 93/17

Stamp:
Received
Oct. 23, 2018
JJ

# Hechingen District Court
### INSOLVENCY COURT

# Ruling

In the insolvency proceedings on the assets of

ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, represented by the directors Thomas Hofmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, and Arndt Kumpmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, register court: Ulm district court, register court register no.: HRB 727041
- Debtor -

Counsel:
Rechtsanwälte BRL Boege Rohde Luebbehuesen, Jungfernstieg 30, 20354 Hamburg, ref.: 170712

Rechtsanwalt Prof. Dr. Martin Hörmann, anchor Rechtsanwälte, Kronprinzstraße 16, 70173 Stuttgart
- Insolvency administrator -

Hechingen district court, sitting on 10/18/2018 has ruled as follows:

Rechtsanwalt Tobias Wahl, anchor Rechtsanwälte Partnergesellschaft mbB, Kronprinzstraße 16, 70173 Stuttgart, is appointed as special insolvency administrator with the following functions:

Determination, administration and realization of any assets of ALNO Aktiengesellschaft in the United States of America.

Specifically, the special insolvency administrator shall be entitled to file for and to conduct on account of the insolvency estate an ancillary insolvency proceeding in the United States of America under Chapter 15 of the US Bankruptcy Code.

To fulfill his functions, the special insolvency administrator shall be entitled to perform all of the same actions, to take all the same measures and to issue all of the same declarations that the insolvency administrator would be entitled to with respect to such ancillary insolvency proceeding, as if the insolvency administrator initiated such ancillary insolvency proceeding.

### Grounds:

According to the report of the insolvency administrator in the submission of 10/16/2018, the above appointment of a special insolvency administrator is necessary and advisable in order that any assets of the debtor in the USA can be duly determined, administered and where appropriate realized, in particular also any rights of contest, liability claims or claims for damages against companies or natural persons resident in the USA. This requires specific knowledge of how to conduct the stated proceeding in the USA and particular English language skills, which the special insolvency administrator has.

The creditors' committee has given its consent. The special insolvency administrator has declared that he is willing to assume the office. No additional or duplicated costs on the insolvency assets from the appointment of the special insolvency administrator are anticipated.

### Advice on available legal remedies:

The ruling cannot be contested by appeal.

Wührl
District court judge

This is to certify the correctness of the above translation from the German language.

Wiesenbach, this 30.10.2018

Inge Peterschik-Heck
Sworn translator

[Official seal: Öffentlich bestellte und beeidigte Urkundenübersetzerin — Inge Peterschik-Heck, staatl. gepr. Übers., Englisch/Spanisch, für die Gerichte des Landes Baden-Württemberg]

Abschrift

Aktenzeichen:
10 IN 93/17



EINGEGANGEN
23. Okt. 2018
JJ



Amtsgericht Hechingen

INSOLVENZGERICHT

# Beschluss

In dem Insolvenzverfahren über das Vermögen d.

ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf, vertreten durch die Vorstände Thomas Hofmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf und Arndt Kumpmann, c/o ALNO Aktiengesellschaft, Heiligenberger Str. 47, 88630 Pfullendorf
Registergericht: Amtsgericht Ulm Registergericht Register-Nr.: HRB 727041
- Schuldnerin -

Verfahrensbevollmächtigte:
Rechtsanwälte BRL Boege Rohde Luebbehuesen, Jungfernstieg 30, 20354 Hamburg, Gz : 170712

Rechtsanwalt Prof. Dr. Martin Hörmann, anchor Rechtsanwälte, Kronprinzstraße 16, 70173 Stuttgart
- Insolvenzverwalter -

hat das Amtsgericht Hechingen am 18.10.2018 beschlossen:

Rechtsanwalt Tobias Wahl, anchor Rechtsanwälte Partnergesellschaft mbB, Kronprinzstraße 16, 70173 Stuttgart wird zum Sonderinsolvenzverwalter mit dem folgenden Aufgabenkreis bestellt:

Ermittlung, Verwaltung und Verwertung des Vermögens der ALNO Aktiengesellschaft in den Vereinigten Staaten von Amerika.

Der Sonderinsolvenzverwalter ist insbesondere berechtigt, in den Vereinigten Staaten von Amerika und auf Kosten der Insolvenzmasse die Einleitung eines Sekundärinsolvenzverfahrens ("ancillary insolvency proceeding") nach Chapter 15 des US Bankruptcy Codes zu beantragen und die-

10 IN 93/17                                             - Seite 2 -

ses durchzuführen.

Der Sonderinsolvenzverwalter ist berechtigt, zur Erfüllung seiner Aufgaben dieselben Handlungen durchzuführen, Maßnahmen zu ergreifen und Erklärungen abzugeben, zu denen der Insolvenzverwalter im Zusammenhang mit einem solchen Sekundärinsolvenzverfahren nach Chapter 15 des US Bankruptcy Codes berechtigt wäre, wenn dieser das Nebenverfahren selbst eingeleitet hätte.

### Gründe:

Nach dem Bericht des Insolvenzverwalters im Schriftsatz vom 16.10.2018 ist die vorgenannte Bestellung eines Sonderinsolvenzverwalters erforderlich und sinnvoll, um etwaiges Vermögen der Schuldnerin in den USA ordnungsgemäß ermitteln, verwalten und gegebenenfalls verwerten zu können, insbesondere auch etwaige Anfechtungs- Haftungs- oder Schadensersatzansprüche gegenüber in den USA ansässige Firmen oder natürliche Personen. Insoweit sind Spezialwissen zur Durchführung des genannten Verfahrens in den USA und besondere englische Sprachkenntnisse erforderlich, über die die Sonderinsolvenzverwalter verfügt.

Die Zustimmung des Gläubigerausschusses liegt vor. Der Sonderinsolvenzverwalter hat sich zur Übernahme des Amtes bereit erklärt. Zusätzliche oder doppelte Kostenbelastungen der Insolvenzmasse sind durch die Bestellung des Sonderinsolvenzverwalters nicht zu erwarten.

### Rechtsbehelfsbelehrung:

Der Beschluss ist mit Rechtsmitteln nicht anfechtbar.


Wührl
Richter am Amtsgericht