**Exhibit C**

# CORPORATE OWNERSHIP STATEMENT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| ALNO AG,[1] | ) | Case No. 18-12651 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

**CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO BANKRUPTCY RULES 1007(a)(4)(A) AND 7007.1**

Tobias Wahl, in his capacity as the court-appointed special insolvency administrator and duly authorized foreign representative ("Foreign Representative") for Alno AG ("Debtor") in the insolvency proceedings under the German Insolvency Code, *Insolvenzordnung* pending before the lower court of 72379 Hechingen, Baden-Wuerttemberg, File-No 10 IN 93/17.

The Foreign Representative hereby files this Corporate Ownership Statement pursuant to Rules 1007(a)(4)(A) and 7007.1 of the Federal Rules of Bankruptcy Procedure and states that the following entities own directly or indirectly 10% of more of the Debtor.

| Entity | Percentage of equity interest[2] |
|---|---|
| Tahoe Investors GmbH | 26,6 |
| Nature Home Ltd | 4,99 |
| Paul Capital Partners | 3,19 |
| Shun Hing Electronic Work & Engineering | 2,65 |
| Freefloat | 62,57 |

---

[1] The Debtor does not have an Employer Identification Number. The Debtor's Commercial Register Ulm Number is HRB 727041. The Debtor's headquarters are located at 47 Heiligenberger Strasse, 88630 Pfullendorf Baden-Wuerttemberg, Germany.

[2] The information contained in this chart is based on an internet page of the debtor dated April 6, 2018. Because shares may be traded, the corporate ownership may change from time to time.

Dated: November 20, 2018  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory W. Werkheiser*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
RDehney@MNAT.com
GWerkheiser@MNAT.com

-and-

GOLDBERG KOHN LTD.
Dimitri G. Karcazes (pro hac vice pending)
Roger A. Lewis (pro hac vice pending)
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000
dimitri.karcazes@goldbergkohn.com
roger.lewis@goldbergkohn.com

*Counsel for Tobias Wahl, in his capacity as the court-appointed Foreign Representative for Alno AG*

-2-