-8-

**Exhibit D**

**LIST PURSUANT TO BANKRUPTCY RULE 1007(a)(4)(B)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| ALNO AG,[1] | ) | Case No. 18-12651 |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)(B)

Tobias Wahl, in his capacity as the court-appointed special insolvency administrator and duly authorized foreign representative ("Foreign Representative") for Alno AG ("Debtor") in the insolvency proceedings (the "German Proceeding") under the German Insolvency Code, *Insolvenzordnung* pending before the lower court of 72379 Hechingen, Baden-Wuerttemberg, File-No 10 IN 93/17, hereby files this list pursuant to Rule 1007(a)(4)(B) of the Federal Rules of Bankruptcy Procedure and states as follows:

**1. Parties Authorized to Administer Foreign Proceedings of the Debtor**

Tobias Wahl is the court-appointed special insolvency administrator and duly authorized Foreign Representative for the Debtor. The following persons are authorized to administer foreign proceedings of the Debtor:

| Name | Function | Address | Remarks |
|---|---|---|---|
| Prof. Dr. Martin Hörmann | Insolvency Administrator | c/o anchor Rechtsanwälte Kronprinzstrasse 16 70173 Stuttgart Germany | Insolvency Administrator over the assets of ALNO AG |
| Stefan Meyer | Special Insolvency Administrator | c/o Pluta Rechtsanwälte Ludgeristrasse 54 48143 Muenster Germany | Authority limited to purchase price allocation |

---

[1] The Debtor does not have an Employer Identification Number. The Debtor's Commercial Register Ulm Number is HRB 727041. The Debtor's headquarters are located at 47 Heiligenberger Strasse, 88630 Pfullendorf Baden-Wuerttemberg, Germany.

| Tobias Wahl | Special Insolvency Administrator | c/o anchor Rechtsanwälte L9,11 68161 Mannheim Germany | Authority limited to assets in the United States |

The Foreign Representative believes that, other than the German Proceeding and this chapter 15 case, there are no foreign proceedings pending with respect to the Debtor.

**2. Litigation Parties in the United States**

The Foreign Representative is not currently aware of any litigation pending against the Debtor in the United States.

Dated:  November 20, 2018                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                              */s/ Gregory W. Werkheiser*
                              Robert J. Dehney (No. 3578)
                              Gregory W. Werkheiser (No. 3553)
                              1201 N. Market Street, 16th Floor
                              P.O. Box 1347
                              Wilmington, Delaware  19899-1347
                              Telephone: (302) 658-9200
                              Facsimile:  (302) 658-3989
                              RDehney@MNAT.com
                              GWerkheiser@MNAT.com

                              -and-

                              GOLDBERG KOHN LTD.
                              Dimitri G. Karcazes (pro hac vice pending)
                              Roger A. Lewis (pro hac vice pending)
                              55 East Monroe Street, Suite 3300
                              Chicago, Illinois  60603
                              (312) 201-4000
                              dimitri.karcazes@goldbergkohn.com
                              roger.lewis@goldbergkohn.com

                              *Counsel for Tobias Wahl, in his capacity as the court-appointed Foreign Representative for Alno AG*