**Exhibit E**

**STATEMENT PURSUANT TO SECTION 1515(c)**
**OF THE BANKRUPTCY CODE**

-9-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 15 |
| | ) | |
| **ALNO AG,**[1] | ) | Case No. 18-12651 |
| | ) | |
| **Debtor in a Foreign Proceeding.** | ) | |
| | ) | |

**STATEMENT PURSUANT TO SECTION 1515(c)**
**OF THE BANKRUPTCY CODE**

I, Tobias Wahl, under the laws of the United States, hereby declare under penalty of perjury as follows:

I am the court-appointed special insolvency administrator and duly authorized foreign representative ("Foreign Representative") for Alno AG ("Debtor") in the insolvency proceedings (the "German Proceeding") under the German Insolvency Code, *Insolvenzordnung* pending before the lower court of 72379 Hechingen, Baden-Wuerttemberg, File-No 10 IN 93/17.

I respectfully submit this statement, as required under Section 1515(c) of title 11 of the United States Code (the "Bankruptcy Code") in support of the *Verified Petition of Foreign Representative for Recognition of a Foreign Main Proceeding*, filed by the Foreign Representative seeking recognition by this Court of the German Proceeding as a foreign main proceeding or, in the lesser alternative, a foreign non-main proceeding.

Pursuant to the requirements of section 1515(c) of the Bankruptcy Code, to my knowledge, the German Proceeding is the only insolvency proceeding of any kind pending with respect to the Debtor and this chapter 15 case is the only known "foreign proceeding" with respect to the Debtor as that term is defined in section 101(23) of the Bankruptcy Code.

---

[1] The Debtor does not have an Employer Identification Number.  The Debtor's Commercial Register Ulm Number is HRB 727041.  The Debtor's headquarters are located at 47 Heiligenberger Strasse, 88630 Pfullendorf Baden-Wuerttemberg, Germany.

-2-

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of November, 2018

_____
Tobias Wahl
Special Insolvency Administrator
c/o anchor Rechtsanwälte
L9,11
68161 Mannheim
Germany