IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| ALNO AG,[1] | ) | Case No. 18-12651 (KJC) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
FIRST DAY HEARING ON NOVEMBER 26, 2018 AT 11:00 A.M. (EASTERN TIME)[2]

PETITION

1. Alno AG (Case No. 18-12561) (D.I. 1, Filed 11/20/18).

FIRST DAY DECLARATION

2. Declaration of Tobias Wahl in Support of (I) Verified Petition of Foreign Representative for Recognition of Foreign Main Proceeding; and (II) Motion of the Foreign Representative for Entry of Final Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief (D.I. 3, Filed 11/20/18).

FIRST-DAY PLEADINGS

3. Motion of the Foreign Representative for Entry of an Order (I) Specifying Form and Manner of Service and Notice Under Sections 105(a), 1514 and 1515 of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, and (II) Scheduling Hearing (D.I. 5, Filed 11/20/18).

   Related Pleading:

   a. Motion of the Foreign Representative for Entry of Final Order Granting Recognition of Foreign Main Proceeding and Certain Related Relied (D.I. 4, Filed 11/20/18).

   Status:   This matter is going forward.

4. Verified Petition of Foreign Representative for Recognition of a Foreign Main Proceeding (D.I. 6, Filed 11/20/18).

   Status:   This matter is going forward.

---

[1] The Debtor does not have an Employer Identification Number.  The Debtor's Commercial Register Ulm Number is HRB 727041.  The Debtor's headquarters are located at 47 Heiligenberger Strasse, 88630 Pfullendorf Baden-Wuerttemberg, Germany.

[2] The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Dated:  November 20, 2018

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Gregory W. Werkheiser*
Robert J. Dehney (No. 3578)
Gregory W. Werkheiser (No. 3553)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware  19899-1347
Telephone: (302) 658-9200
Facsimile:  (302) 658-3989
RDehney@MNAT.com
GWerkheiser@MNAT.com

-and-

GOLDBERG KOHN LTD.
Dimitri G. Karcazes (pro hac vice pending)
Roger A. Lewis (pro hac vice pending)
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000
dimitri.karcazes@goldbergkohn.com
roger.lewis@goldbergkohn.com

*Counsel for Tobias Wahl, in his capacity as the court-appointed Foreign Representative for Alno AG*

12375277