# SIGN-IN-SHEET

**CASE NAME:** Alno AG
**CASE NO:** 18-12651-KJC

**COURTROOM LOCATION:** 5
**DATE:** 12/20/2018

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rob Dehney | MNAT | Debtor |
| Eric Moats | MNAT | " |
| Roger Lewis | Goldberg Kohn | " |
| Madlyn Primoff | Freshfields | Whirlpool / Mark Bitzer |
| Henry Huffen | " | " |
| Alexander Rich | " | " |
| Jeremy Ryan | Potter Anderson Corroon | " |
| Ryan Slaugh | " | " |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 12/20/2018
Calendar Time: 02:00 PM ET

*Amended Calendar  Dec 20 2018  9:44AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Alno AG | 18-12651 | Hearing | 9503718 | Kyle De Jong | (269) 252-7141 ext. | Whirlpool Corporation | Interested Party, Whirlpool Corporation / LISTEN ONLY |
| | | Alno AG | 18-12651 | Hearing | 9503596 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Alno AG | 18-12651 | Hearing | 9504770 | Simone Schoenen | 3029846288 ext. | Freshfields Bruckhaus Deringer | Interested Party, Whirlpool Corporation / LISTEN ONLY |
| | | Alno AG | 18-12651 | Hearing | 9502188 | Patrick Schroeder | 49403690642 6 ext. | Freshfields Bruckhaus Deringer | Interested Party, **Whirlpool / LIVE** |
| | | Alno AG | 18-12651 | Hearing | 9504746 | Lars Westphal | 49403690642 6 ext. | Freshfields Bruckhaus Deringer | Interested Party, Whirlpool Corporation / LISTEN ONLY |