## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALNO AG,<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-12651 (KJC)<br><br>D.I. 4, 21, 39 |

### CERTIFICATION OF COUNSEL RE: MOTION OF TOBIAS WAHL FOR AN ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDING AND RELATED RELIEF

The undersigned, counsel to Whirlpool Corporation ("Whirlpool") hereby certifies as follows:

1. On November 20, 2018, Tobias Wahl, in his capacity as the special insolvency administrator and foreign representative (the "Foreign Representative") for Alno AG (the "Debtor") filed the **Motion of the Foreign Representative for Entry of Final Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief** [Docket No. 4] (the "Motion").

2. On December 10, 2018, Whirlpool filed the **Objection of Whirlpool Corporation and Marc Bitzer to the Motion of Tobias Wahl for an Order Granting Recognition of Foreign Main Proceeding and Related Relief** [D.I. 21] (the "Objection").

3. On December 20, 2018, the Court held a hearing (the "Hearing") to consider the Motion.

4. Prior to the Hearing, counsel for Whirlpool conducted an oral deposition of Tobias Wahl (the "Wahl Deposition").

5. At the Hearing, with the permission of the Court, the Parties agreed that the final version of the Wahl Deposition would be submitted into evidence under certification of counsel.

6.  Consistent with that agreement, Whirlpool hereby submits the final version of the transcript of the Wahl Deposition, together with the exhibits referenced therein, (collectively the "Wahl Deposition Transcript") attached hereto as **Exhibit A**. Whirlpool further submits the related errata sheet (the "Errata Sheet") that was made in connection with the Wahl Deposition, attached hereto as **Exhibit B**.

7.  Counsel for the Debtor and the Foreign Representative has reviewed the Wahl Deposition Transcript and the Errata Sheet and does not object to their entry into the record.

WHEREFORE, Whirlpool respectfully requests that, unless the Court has questions or concerns, the Court admit the Wahl Deposition Transcript and the Errata Sheet into evidence.

Dated: February 5, 2019
Wilmington, Delaware

**POTTER ANDERSON & CORROON LLP**

/s/ D. Ryan Slaugh
Jeremy W. Ryan (DE Bar No. 4057)
D. Ryan Slaugh (DE Bar No. 6325)
1313 North Market Street, Sixth Floor
P.O. Box 951
Wilmington, DE 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192

-and-

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Madlyn G. Primoff, Esq.
Henry V. Hutten, Esq.
Alexander A. Rich, Esq.
601 Lexington Avenue, 31st Floor
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001
Email: madlyn.primoff@freshfields.com
       henry.hutten@freshfields.com
       alexander.rich@freshfields.com

*Counsel to Whirlpool Corporation*

Feb. 6, 2019  So Ordered
Tin J Carey USBJ

IMPAC 6076426v.2